Before STATE INDUSTRIAL BOARD, Respondent. EDWARD MOORE, Respondent,

v. McDougall-Butler Co., Inc., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.